**912**

(2) There was no objection to the instruction in the court below. The instruction has been used traditionally in this circuit. Any question regarding the instruction will not be considered when raised for the first time on appeal. Smith v. United States (9 Cir. 1968) 390 F.2d 401; Marsh v. United States (9 Cir. 1968) 402 F.2d 457.

The judgment is affirmed.

Before HAMLEY, KOELSCH and TRASK, Circuit Judges.

PER CURIAM:

The plaintiff appeals from an order denying his motion for inspection and copying under Rule 34, Fed.R.Civ.P.

The order being interlocutory, the appeal is dismissed for lack of jurisdiction. Alexander v. United States, 201 U.S. 117, 26 S.Ct. 356, 50 L.Ed. 686 (1906); Lampman v. United States District Court, 418 F.2d 215 (9th Cir. 1969), cert. denied, 397 U.S. 919, 90 S.Ct. 926, 25 L.Ed.2d 100 (1970).[1]

**George Sing LOUIE, Plaintiff-Appellant,**

v.

**Robert CARNEVALE et al., Defendants-Appellees.**

**No. 26731.**

United States Court of Appeals,
Ninth Circuit.

June 2, 1971.

**UNITED STATES of America,
Appellee,**

v.

**John D. BURTON, Appellant.**

**No. 15199.**

United States Court of Appeals,
Fourth Circuit.

Argued May 6, 1971.

Decided May 28, 1971.

George Sing Louie, in pro. per.

Michael J. Brady, of Ropers, Majeski, Kohn, Bentley & Wagner, Redwood City, Cal., for defendants-appellees.

1. There is some doubt whether this appeal has been properly docketed. The ruling on this notice of appeal shall not relieve appellant of his duty to properly docket the appeal in the principal action as provided in Rule 12, Fed.R.App.P.